UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-60882-WPD

DONIQUE TULLOCH

    Plaintiff,

v.

PAVECO INC,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE is before the Court upon the Stipulation of Dismissal of Entire Case With Prejudice (the "Stipulation") [DE 20], filed herein on December 29, 2021. The Court has carefully reviewed the Stipulation [DE 20] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Stipulation [DE 20] is **APPROVED**; and

2.     The above-styled action is hereby **DISMISSED WITH PREJUDICE**;

3.     The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

  **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of December, 2021.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record